

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

NOV 05 2019

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

Robert Anthony Haas

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

David M Noordeloos State Dept.

Robert Rochowiak State Dept.

Joe Kostuchowski FBI Chi

Matthew Kelley FBI Chi

Vick Lombardo FBI Chi

Christopher Potts FBI Chi

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

1:19-cv-07300
Judge Sharon Johnson Coleman
Magistrate Judge Susan E. Cox
PC 11

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

_____  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

✓  **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____  **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.    **Plaintiff(s):**

A.    Name: Robert A Haas

B.    List all aliases: _____

C.    Prisoner identification number: 52278-424

D.    Place of present confinement: MCC Chicago

E.    Address: 71ᵂ Van Buren Street Chicago IL 60605

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.   **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: David M Noordeloos

Title: _____

Place of Employment: State Department

B.    Defendant: Robert Rochowiak

Title: _____

Place of Employment: State Department

C.    Defendant: Joe Kostuchowski

Title: _____

Place of Employment: FBI

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Defendant: Matthew Kelley
Title:
Place of Employment: FBI Chicago

Defendant: Vick Lombardo
Title:
Place of Employment: FBI Chicago

Defendant: Christopher Potts
Title:
Place of Employment: FBI Chicago

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A.  Name of case and docket number:   N O N E _____

_____

B.  Approximate date of filing lawsuit: _____

C.  List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

_____

_____

_____

D.  List all defendants: _____

_____

_____

_____

E.  Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

F.  Name of judge to whom case was assigned: _____

_____

G.  Basic claim made:_____

_____

_____

H.  Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

_____

_____

I.  Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV.  Statement of Claim:

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

State
Department
2/1/2018

1. David M Noordeloos and Robert Rochowiak - violated my 1st amendment rights and intimidated me  I have proof Noordeloos - "Get on the ground or I will shoot you" **unwarranted and no arrest.** Came to my home pointing guns around the neighborhood

FBI
5/8/2019

2. Joe Kostuchowski and Matthew Kelley - violated my 1st amendment rights and intimidated me
Kostuchowski - "you're only a keyboard warrior, all talk - you won't do **anything"** Came to my Jobsite to provoke violence  I have proof

FBI
6/11/2019

3. Vick Lombardo - encouraged these officers to put my life in danger and yelled "camera, camera, camera, some one is recording, camera" when I was arrested at a later date. **(It's on camera)**  I have witnesses

State
Department
P08-09

4 Russell Palarea PhD   I have the E-mail
Noordeloos To Prosecutor - E-mail: It would be helpful to know what the prosecutor needs Haas to do in order to cross over the threshold and then be charged  (Conspiring Entrapment) because they don't approve my 1st amendment

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5. Noordeloos and Rochowiak — attempted to intimidate
11/30/18 my landlord telling her she "has a good name and reputation
in the community and needs to evict Robert from her property"
"It would be a shame if your name was tarnished" I have witnesses!
~~thorughtly,~~

6. Noordeloos, Potts, Kostuchowski, Lombardo, Rochowiak and Kelley
all obstructed/perverted the course of justice by lying or falsifying
reports/documents about myself (Robert Haas) for their political agenda.
I HAVE PROOF and the documents/reports against me!

7. All the above officers are guilty of violating amendment 14 section 3
United Nations, AIPAC, Zionist illegally occupied Israel I will prove this!

8. All the above officers are guilty of violating amendment 11
conspiring against american citizens by defending foreign subjects.
Textbook treason! I will prove this!

9. FBI attempted to defame my name in my community saying I was
6/11/19 arrested for a child porn charge because ~~I~~ told them Talmud
Jews rape 3 year olds and posted the Talmud Verses online.
I have video of telling the FBI this and a witness June 11. 2019
(The neighbor they lied to about me!) Completely inappropriate from Federal officers.
Talmud verses: Sanhedrin 54b, Abodah Zahar 36b, Kethuboth 11b, Sanhedrin 55b

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**V.    Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

These men are obstructing americans constitutional rights. Using terrorism to achieve a political agenda. They must be taught what Americans rights are and **pay me damages** for Negligent infliction of emotional distress
    Fourty three million dollars $ 43,000,000
These men violated the constitution and commit treason. Defamation of character

**VI.    The plaintiff demands that the case be tried by a jury.**    ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20_____

Robert A. Haas
_____
(Signature of plaintiff or plaintiffs)

Robert A. Haas
_____
(Print name)

52278-424
_____
(I.D. Number)

_____

_____

_____
(Address)

Revised 9/2007
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Robert Haas
52278-424
Metropolitan Correction Center
71ʷ Van Buren Street
Chicago IL 60605



2018 NOV -5 AM 8:18



11/05/2019-16

Clerk of
U.S. District Court
219 S Dearborn St
Chicago IL 60604

1:19-cv-07300
Judge Sharon Johnson Coleman
MagistrateJudge Susan E. Cox
PC 11

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

A The enclosed  letter was processed through special mailing procedures for forwarding to you.  Th
letter has neither been opened nor inspected.  If the writer raises a question or problem over whic
this facility has jurisdiction, you may wish to return the materiel for further information or clarificatio
 If the writer encloses correspondence for forwarding to another addressee, please return the enclosu
to the above address.∎

Date:  Nov 01 2019